# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Nicholas Lindsey,

      Plaintiff

v.

James Dzurenda, et al.,

      Defendants

Case No.: 2:18-cv-00902-JAD-VCF

**Order Denying Motion for an Order to Show Cause and Compelling Discovery**

[ECF Nos. 7, 8]

      In the May 29, 2019, screening order, I directed the Nevada Attorney General's Office to take certain action to identify individuals that plaintiff Nicholas Lindsey sued in this action as "doe" defendants.[1]  But, on the Nevada Attorney General's (AG) motion for reconsideration, I vacated that order.[2]  In a motion that Lindsey appears to have mailed before receiving my reconsideration order, Lindsey asks the court to compel the AG's office to comply with that now-vacated May 2019 order.[3]  Because that order is no longer in effect, **IT IS HEREBY ORDERED that Lindsey's motion for an order to show cause and compelling discovery [ECF Nos. 7, 8] is DENIED.**

      Dated: December 30, 2019

                                      _____

                                      U.S. District Judge Jennifer Dorsey

---

[1] ECF No. 3.

[2] ECF No. 6.

[3] ECF Nos. 7, 8.